UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA ROBINS, individually and on behalf of all others similarly situated, ) ) ) | Case No. 1:25-cv-01938 (MMG) |
| Plaintiff, ) ) ) | **DEFENDANT'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. ) ) | |
| LEMME INC., ) ) | Hon. Margaret M. Garnett |
| Defendant. ) | |

**PLEASE TAKE NOTICE** that Defendant Lemme Inc. ("Lemme") hereby moves before the Honorable Margaret M. Garnett, United States District Judge for the Southern District of New York, for an order dismissing Plaintiff Christina Robins' Complaint.

This motion is made pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for Lemme's motion are set forth more fully in the accompanying Memorandum of Law, including that Plaintiff has failed to state a claim against Defendant upon which relief may be granted and that Plaintiff lacks standing to pursue injunctive relief.

/ / /


/ / /


/ / /

1

Please take further notice that this motion is based on this Notice of Motion, the accompanying Memorandum of Law, the pleadings and papers filed in this action, and on such other matters and argument that may be presented to the Court at or before any hearing on this matter.

Date: April 8, 2025                                      Respectfully submitted,


                                                         /s/ Cole Kroshus
                                                         AMIN WASSERMAN GURNANI, LLP
                                                         Cole Kroshus (*pro hac vice*)
                                                         William P. Cole (*pro hac vice pending*)
                                                         Matthew R. Orr (*pro hac vice pending*)
                                                         515 South Flower Street, 18th Floor
                                                         Los Angeles, CA 90071
                                                         Telephone: (213) 933-2330
                                                         Facsimile: (312) 884-7352

                                                         Attorneys for Defendant Lemme Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on April 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                */s/ Cole Kroshus*
                                                                Cole Kroshus

## SERVICE LIST
*Robins v. Lemme Inc.*
United States District Court, Southern District of New York
Civil Action No. 1:25-CV-01938-MMG

**WARREN TERZIAN LLP**
Thomas D. Warren
Dan Terzian
222 N Pacific Coast Hwy, Ste 2000
Los Angeles, CA 90245-5614
Telephone: (213) 410-2620
tom.warren@warrenterzian.com
dan.terzian@warrenterzian.com

*Counsel for Plaintiff*
*Via ECF*