

515 South Flower Street
18th Floor
Los Angeles, CA 90071

213.933.2330 PHONE
312.884.7352 FAX

awglaw.com

April 14, 2025

**VIA ECF**

Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Robins v. Lemme, Inc.*, No. 1:25-cv-01938-MMG
      Letter-Motion to Adjourn Initial Pretrial Conference

Judge Garnett:

Defendant Lemme, Inc. respectfully requests a 60-day adjournment of the Initial Pretrial Conference currently scheduled for May 15, 2025. The Complaint was filed on March 10, 2025. On April 8, 2025, Defendant filed a short motion to dismiss which, if granted, would dispose of the Complaint in its entirety. (ECF Nos. 17, 18.) A brief adjournment of the Initial Pretrial Conference will serve judicial economy because a decision on the motion to dismiss will clarify what claims, if any, may be the subject of further litigation.

Plaintiff Christina Robins does not object to this requested adjournment. There have not been any previous requests for adjournment. Accordingly, Defendant proposes adjourning the Initial Pretrial Conference for 60 days to July 14, 2025, or such other date convenient to the Court. No other dates would be affected by the requested adjournment.

Sincerely,

/s/ *Cole Kroshus*
Cole Kroshus
Amin Wasserman Gurnani LLP
*Counsel for Defendant Lemme Inc.*

cc:   Thomas D. Warren, Esq. (via ECF)
      Dan Terzian, Esq. (via ECF)

Lawyers for the Lifecycle of Foods, Dietary Supplements, Cosmetics, Drugs & Medical Devices

GRANTED.  The Initial Pretrial Conference previously scheduled for May 15, 2025 is hereby ADJOURNED until **July 31, 2025 at 9:30 A.M.**.  The deadline for the parties' pre-conference joint submissions is likewise ADJOURNED until **July 24, 2025**.

SO ORDERED.  Dated April 14, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE