# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA ROBINS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEMME INC., a Delaware corporation,<br><br>　　　　　Defendant. | No. 1:25-cv-01938-MMG<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action without prejudice.

Dated: April 16, 2025

_____
Thomas D. Warren
WARREN TERZIAN LLP
222 N Pacific Coast Hwy, Ste 2000
Los Angeles, CA 90245-5614
Telephone: (213) 410-2620
tom.warren@warrenterzian.com

_____
Cole Kroshus
AMIN WASSERMAN GURNANI, LLP
515 South Flower Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 933-2330
ckroshus@awglaw.com

Attorneys for Defendant Lemme Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ *Thomas D. Warren*
      Thomas D. Warren

## **SERVICE LIST**
*Robins v. Lemme Inc.*
United States District Court, Southern District of New York
Civil Action No. 1:25-CV-01938-MMG

AMIN WASSERMAN GURNANI, LLP
Cole Kroshus
William P. Cole
Matthew R. Orr
515 South Flower Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 933-2330

*Counsel for Defendant*
*Via ECF*